RICHARD D. WALTER *v*. CONNECTICUT REAL ESTATE COMMISSION

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted by the court.

*Richard M. Sheridan,* assistant attorney general, for the appellee (defendant).

*Theodore H. Goldstein,* for the appellant (plaintiff).

Argued November 1—decided November 1, 1977

NORMA F. FORCELLI *v*. CONNECTICUT REAL ESTATE COMMISSION

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted by the court.

*Richard M. Sheridan,* assistant attorney general, for the appellee (defendant).

*Theodore H. Goldstein,* for the appellant (plaintiff).

Argued November 1—decided November 1, 1977

SHIRLEY N. HART *v*. DAVID HART

The defendant's motion dated October 3, 1977, to dismiss the appeal from the Superior Court in New Haven County is denied by the court.

The defendant's motion dated October 12, 1977, to dismiss the appeal from the Superior Court in New Haven County is denied by the court.

*P. J. Pittman,* for the appellee (defendant).

*Earl I. Williams,* for the appellant (plaintiff).